IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD H. KOUNTZE, in his Capacity as Trustee, and on Behalf of the Gilbert M. and Martha H. Hitchcock Foundation,<br><br>        Plaintiff,<br><br>vs.<br><br>TYLER B. GAINES, et al.,<br><br>        Defendant. | 8:07CV15<br><br>ORDER |

This matter is before the court *sua sponte.* On January 30, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 14. No such report has been filed. The court notes that there are several motions to dismiss pending in this case (Filing Nos. 15, 18, 19, 22, and 25). Therefore,

**IT IS ORDERED:**

The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motions to dismiss (Filing Nos. 15, 18, 19, 22, and 25), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 19th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge